No. 73–5284. DORSZYNSKI *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante,* p. 1091.] Motion of petitioner for appointment of counsel granted. It is ordered that Robert H. Friebert, Esquire, of Milwaukee, Wisconsin, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 73–5615. CODISPOTI ET AL. *v.* PENNSYLVANIA. Sup. Ct. Pa. [Certiorari granted, *ante,* p. 1063.] Motion of Robert L. Eberhardt, Esquire, for leave to present oral argument *pro hac vice* on behalf of respondent granted.

No. 73–5781. MADDEN *v.* CIRCUIT COURT FOR DODGE COUNTY ET AL. Motion for leave to file petition for writ of prohibition denied.

No. 73–362. MORTON, SECRETARY OF THE INTERIOR, ET AL. *v.* MANCARI ET AL. Appeal from D. C. N. M. Motion to dispense with printing motion to dismiss or affirm denied. Probable jurisdiction noted.

No. 73–797. MIAMI HERALD PUBLISHING Co., DIVISION OF KNIGHT NEWSPAPERS, INC. *v.* TORNILLO. Appeal from Sup. Ct. Fla. Further consideration of question of jurisdiction postponed to hearing of case on the merits.